**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

ADRIAN ROGERS                                                    PLAINTIFF

vs.                          Case No. 5:22-CV-05169-PKH

TRANSPLACE TEXAS, LP                                            DEFENDANT

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Adrian

Rogers, and Defendant, Transplace, Texas, LP, hereby stipulate to the dismissal with prejudice of

Plaintiff's Complaint against Defendant, with all parties to bear their own costs.


*/s/* Daniel D .Ford (w/permission)
Daniel D. Ford                              Eva C. Madison (98183)
Ark. Bar No. 2014162                        Kyle D. Kennedy (2017104)
daniel@sanfordlawfirm.com                   Littler Mendelson, P.C.
Josh Sanford                                217 E. Dickson Street, Suite 204
Ark. Bar No. 2001037                        Fayetteville, Arkansas 72701
josh@sanfordlawfirm.com                     Telephone: 479.582.6100
Sanford Law Firm PLLC                       Fax: 479.582.6111
Kirkpatrick Plaza                           emadison@littler.com
10800 Financial Centre Parkway, Ste. 510    kkennedy@littler.com
Little Rock, AR 72211
Tel: 501-221-0088                           Attorneys for Defendant
Fax: 888-787-2040

Attorneys for Plaintiff