IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ADRIAN ROGERS**                                                                                                          **PLAINTIFF**

v.                                              NO. 5:22-cv-5169

                                                                                                                                    **DEFENDANT**
**TRANSPLACE TEXAS, LP**

## CLERK'S ORDER OF DISMISSAL

On this 9th day of August 2023, the parties hereto having filed a stipulation of dismissal (document 14) pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                                     AT THE DIRECTION OF THE COURT
                                                     RONALD E. DOWLING, COURT CLERK

                                                     BY: *Michelle McEntire*
                                                                 Deputy Clerk